478 A.2d 82

Commonwealth v. Wilkins, Appellant.

Submitted March 5, 1984. Daniel M. Preminger, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

478 A.2d 898

Commonwealth v. Wilson, Appellant.

Reargument Denied Aug. 7, 1984.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Argued April 10, 1984. James N. Fitzsimmons, Jr., for appellant, Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before ROWLEY, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., filed a dissenting memorandum.